UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**F I L E D**

AUG 1 5 2012

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. <u>7:12-CR-00006-S-ART</u>

UNITED STATES OF AMERICA                                        PLAINTIFF

V.          <u>ORDER FOR ISSUANCE OF ARREST WARRANT</u>

WILLIAM WYATT                                                   DEFENDANT

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of an arrest warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, William Wyatt.

On this _15th_ day of _August_, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:     United States Marshal
            United States Probation
            Thomas Lee Gentry, Assistant United States Attorney